Gilbert Ray Hawes, Respondent, v. David W. Armstrong, Appellant.— Judgment and order affirmed, with costs. No opinion.

The Union National Bank of Troy, Appellant, v. Edward W. Scott and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. James B. Beers and American Surety Company of New York, Appellants.— Judgment affirmed, with costs. No opinion. (Ingraham and Laughlin, JJ., dissenting.)

Alexander Nathan and John J. McDavitt, Respondents, v. Fisher Textile Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Maud Sharp, as Administratrix, etc., of James Sharp, Deceased, Appellant, v. The M. McCormack Construction Company and Thomas Kiernan, Respondents. — Judgment and order affirmed, with costs. No opinion.

Rudolph Wallach, Respondent, v. Riverside Bank, Appellant.— Judgment affirmed, with costs, on opinion on former appeal (119 App. Div. 238). (McLaughlin, J., dissenting.)

Harry Rich, Appellant, v. North River Fire Insurance Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

James Edward Taylor, Respondent, v. James Goosby, as Noble Grand or President of the Hamilton Lodge, No. 710, G. U. O. of O. F., and Others, Appellants.— As to defendant Goosby, as noble grand, etc., judgment reversed and complaint dismissed, with costs. As to individual defendants judgment reversed